IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.     07-20732-CV-GOLD-TURNOFF

**JULIO ALVARADO,**
    Petitioner,                                                                **Summons in a Civil Case**

vs.

Alberto R. Gonzalez, Attorney General of the United            )
States, Michael Chertoff, Secretary of the Department          )
of Homeland Security (DHS), Emilio Gonzalez, Acting            )
Director, United States Citizenship Immigration                )
Services (USCIS), Andrea J. Quarantillo,                       )
Acting District Director, USCIS, Miami, Florida,               )
Robert S. Mueller, Director, Federal Bureau of                 )
Investigation, Michael Cannon, Section Chief, FBI              )
Name Check Program,                                            )
    Defendants,                                                )
_____                )

TO:    Alberto Gonzales, U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

    Eduardo Soto, Esq.
    999 Ponce de Leon Blvd., Suite 1040
    Coral Gables, Florida 33134
    Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you , within sixty (60) days after service of this summons upon you, exclusive of the day of service.  If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file you answer with the Clerk of this Court within a reasonable period of time after service.

03/21/2007



**SUMMONS**    DATE

Clarence Maddox
Clerk of Court

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.    07-20732-CV-GOLD-TURNOFF

JULIO ALVARADO,
    Petitioner,

                                      **Summons in a Civil Case**

vs.

Alberto R. Gonzalez, Attorney General of the United       )
States, Michael Chertoff, Secretary of the Department     )
of Homeland Security (DHS), Emilio Gonzalez, Acting       )
Director, United States Citizenship Immigration           )
Services (USCIS), Andrea J. Quarantillo,                  )
Acting District Director, USCIS, Miami, Florida,          )
Robert S. Mueller, Director, Federal Bureau of            )
Investigation, Michael Cannon, Section Chief, FBI         )
Name Check Program,                                       )
    Defendants,                                          )
_____)

TO:          Michael Chertoff, Secretary
              U.S. Department of Homeland Security
              Washington, D.C. 20528

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

              Eduardo Soto, Esq.
              EDUARDO SOTO, P.A.
              999 Ponce de Leon Blvd., Suite 1040
              Coral Gables, Florida 33134
              Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you , within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.



Clarence Maddox
Clerk of Court

**SUMMONS**

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

03/21/2007
DATE

IN THE UNITED STATES DISTRICT COURT
MIAMI DIVISION
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   07-20732-CV-GOLD-TURNOFF

JULIO ALVARADO,
    Petitioner,

**Summons in a Civil Case**

vs.

Alberto R. Gonzalez, Attorney General of the United  )
States, Michael Chertoff, Secretary of the Department  )
of Homeland Security (DHS), Emilio Gonzalez, Acting  )
Director, United States Citizenship Immigration  )
Services (USCIS), Andrea J. Quarantillo,  )
Acting District Director, USCIS, Miami, Florida,  )
Robert S. Mueller, Director, Federal Bureau of  )
Investigation, Michael Cannon, Section Chief, FBI  )
Name Check Program,  )
    Defendants,  )
_____)

TO:    Emilio Gonzalez,
    Acting Director, U.S.C.I.S.
    Department of Homeland Security
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20529

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

    Eduardo Soto, Esq.
    999 Ponce de Leon Blvd., Suite 1040
    Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you , within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**    03/21/2007
    DATE

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

Clarence Maddox
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.    07-20732-CV-GOLD-TURNOFF

JULIO ALVARADO,
    Petitioner,

                                                                                             **Summons in a**
                                                                                             **Civil Case**

vs.

Alberto R. Gonzalez, Attorney General of the United    )
States, Michael Chertoff, Secretary of the Department )
of Homeland Security (DHS), Emilio Gonzalez, Acting )
Director, United States Citizenship Immigration )
Services (USCIS), Andrea J. Quarantillo, )
Acting District Director, USCIS, Miami, Florida, )
Robert S. Mueller, Director, Federal Bureau of )
Investigation, Michael Cannon, Section Chief, FBI )
Name Check Program, )
    Defendants, )
_____)

TO:                Andrea J. Quarantillo, Acting District Director USCIS
                  Department of Homeland Security
                  7880 Biscayne Boulevard
                  Miami, Florida 33138

      YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

                Eduardo Soto, Esq.
                999 Ponce de Leon Blvd., Suite 1040
                Coral Gables, Florida 33134
                Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you , within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.



Clarence Maddox
Clerk of Court

**SUMMONS**        03/21/2007
                            DATE

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.    07-20732-CV-GOLD-TURNOFF

JULIO ALVARADO,
    Petitioner,

vs.

Alberto R. Gonzalez, Attorney General of the United )
States, Michael Chertoff, Secretary of the Department )
of Homeland Security (DHS), Emilio Gonzalez, Acting )
Director, United States Citizenship Immigration )
Services (USCIS), Andrea J. Quarantillo, )
Acting District Director, USCIS, Miami, Florida, )
Robert S. Mueller, Director, Federal Bureau of )
Investigation, Michael Cannon, Section Chief, FBI )
Name Check Program, )
    Defendants, )
_____)

**Summons in a Civil Case**

TO:    Robert S. Mueller, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 pennsylvania Avenue, N.S.
Washington, D.C. 20535-0001

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

Eduardo Soto, Esq.
999 Ponce de Leon Blvd., Suite 1040
Coral Gables, Florida 33134
Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you , within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**

DATE: 03/21/2007

Clarence Maddox
Clerk of Court

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.     07-20732-CV-GOLD-TURNOFF

**JULIO ALVARADO,**
    Petitioner,

vs.

Alberto R. Gonzalez, Attorney General of the United  )
States, Michael Chertoff, Secretary of the Department )
of Homeland Security (DHS), Emilio Gonzalez, Acting   )
Director, United States Citizenship Immigration       )
Services (USCIS), Andrea J. Quarantillo,              )
Acting District Director, USCIS, Miami, Florida,      )
Robert S. Mueller, Director, Federal Bureau of        )
Investigation, Michael Cannon, Section Chief, FBI     )
Name Check Program,                                   )
    Defendants,                                       )
_____)

**Summons in a Civil Case**

TO:    Michael A. Cannon, Section Chief
    Federal Bureau of Investigation
    Records Management Division
    J. Edgar Hoover Building
    935 Pennsylvania Avenue, N.S.
    Washington, D.C. 20535-0001

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

    Eduardo Soto, Esq.
    999 Ponce de Leon Blvd., Suite 1040
    Coral Gables, Florida 33134
    Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.

03/21/2007



**SUMMONS**    DATE

Clarence Maddox
Clerk of Court

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.   07-20732-CV-GOLD-TURNOFF

**JULIO ALVARADO,**
    Petitioner,

vs.

Alberto R. Gonzalez, Attorney General of the United    )
States, Michael Chertoff, Secretary of the Department  )
of Homeland Security (DHS), Emilio Gonzalez, Acting    )
Director, United States Citizenship Immigration        )
Services (USCIS), Andrea J. Quarantillo,               )
Acting District Director, USCIS, Miami, Florida,       )
Robert S. Mueller, Director, Federal Bureau of         )
Investigation, Michael Cannon, Section Chief, FBI      )
Name Check Program,                                    )
    Defendants,                                         )
_____)

**Summons in a Civil Case**

TO:    Office of the U.S. Attorney
    (Attorney for Defendants)
    99 N.E. 4th Street
    Miami, Florida 33138

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

    Eduardo Soto, Esq.
    999 Ponce de Leon Blvd., Suite 1040
    Coral Gables, Florida 33134
    Tel.: (305) 446-8686 Fax.: (305) 529-0445

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If your fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file you answer with the Clerk of this Court within a reasonable period of time after service.

03/21/2007
DATE



**SUMMONS**

Clarence Maddox
Clerk of Court

s/Rehan Ahmad
Deputy Clerk
U.S. District Courts